# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

SE PROPERTY HOLDINGS, LLC, as successor by merger with Vision Bank,

    Plaintiff,

v.

RUPERT PHILLIPS, HCB FINANCIAL CORP., and PHILLIPS CAPITAL PARTNERS, INC.,

    Defendants.

Case No. 3:15-cv-00554-MCR-CJK

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, HCB Financial Corp. ("HCB"), by and through its undersigned counsel, files the following Answer and Affirmative Defenses to Plaintiff's Complaint:

## ANSWER

1. Admitted.

## PARTIES

2. Without knowledge.

3. Without knowledge.

4. Denied.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Denied.

12. Denied.

13. Admitted.

14. Admitted.

15. Denied.

16. Admitted.

17. Without knowledge.

## JURISDICTION AND VENUE

18. Without knowledge.

19. Admitted.

## GENERAL ALLEGATIONS

20. Denied.

21. Denied.

### I. SE Property's Interest in a Loan Guaranteed by Phillips

22. Without knowledge.

    23.    Without knowledge.

    24.    Admitted.

**II. <u>Phillips' Default of His Obligations Under the Loan and Resulting Judgment Against him</u>**

    25.    Without knowledge.

    26.    Admitted.

    27.    Admitted.

**III. <u>Phillips' Efforts to Prevent SE Property from Undertaking Collection Efforts Against Him and the Other Judgment Debtors</u>**

    28.    Without knowledge.

    29.    Without knowledge.

    30.    Without knowledge.

    31.    Without knowledge.

    32.    Admitted HCB is a shareholder of First NBC Bank, otherwise without knowledge.

    33.    Without knowledge.

    34.    Denied.

    35.    Without knowledge.

**IV. <u>SE Property Obtains the Right to Directly Undertake Collection Efforts Against Phillips</u>**

    36.    Without knowledge.

    37.    Without knowledge.

38. Without knowledge.

39. Admitted.

40. Admitted.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied.

46. Without knowledge.

47. Denied.

### Count I – Fraudulent Conveyance – Actual Fraud
### (Phillips and Phillips Capital)

48. HCB restates and incorporates the responses to 1-47.

49. Without knowledge.

50. Denied.

51. Denied.

52. Denied.

53. Without knowledge.

54. Without knowledge.

55. Denied.

56. Without knowledge.

57. Without knowledge.

58. Without knowledge.

59. Without knowledge.

60. Without knowledge.

61. Denied.

## Count II – Fraudulent Conveyance – Constructive Fraud
### (Phillips and Phillips Capital)

62. HCB restates and incorporates the responses to 1-47.

63. Without knowledge.

64. Without knowledge.

65. Without knowledge.

66. Without knowledge.

67. Denied.

## Count III – Third Reverse Piercing of the Corporate Veil of HCB
### (Phillips and HCB)

68. HCB restates and incorporates the responses to 1-47.

69. Denied.

70. Denied.

71. Denied.

72. Admitted.

73. Admitted.

74. Denied.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

## Count IV – Third Party Reverse Piercing of the Corporate Veil of HCB
### (Phillips and Phillips Capital)

87. HCB restates and incorporates the responses to 1-47.

88. Without knowledge.

89. Without knowledge.

90. Without knowledge.

91. Without knowledge.

92. Without knowledge.

93. Without knowledge.

94. Without knowledge.

95. Without knowledge.

96. Without knowledge.

97. Without knowledge.

98. Without knowledge.

99. Without knowledge.

Defendant, HCB Financial Corp., denies all statements contained in the "WHEREFORE" clauses following Paragraphs 61, 67, 86 and 99 of Plaintiff's Complaint. Defendant is without knowledge or denies all allegations contained in Plaintiff's Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

1. **Lack of Subject Matter Jurisdiction**. Plaintiff's claims are barred because this court lacks subject matter jurisdiction.

2. **Statute of Limitations**. Plaintiff's claims are barred by the applicable statutes of limitations.

3. **Failure to State a Claim**. Plaintiff has failed to state a claim for which relief may be granted.

4. **Failure to State a Claim**: Plaintiff has failed to plead fraud with the required specificity.

5. **Lack of Standing**: Plaintiff's claims are barred because Plaintiff lacks standing.

6. **Ripeness**:  Plaintiff's claims are barred by the doctrines of ripeness because Plaintiff's claims for relief are based upon facts and causes of action that have not accrued.

7. **Other Defenses**:  Plaintiff's claims are barred by the doctrines of accord and satisfaction, assumption of risk, contributory negligence, duress, estoppel, failure of consideration, fraud, illegality, laches, payment, release, red judicata, statute of frauds, and waiver.

Wherefore, Defendant, HCB Financial Corp., requests that this Court deny the relief sought by Plaintiff in this action and award Defendant its reasonable attorneys' fees and costs and other such relief as the Court deems appropriate.

/s/ Robert A. Goodwin, III
**Robert A. Goodwin, III**
Florida Bar No.: 0013512
KEEFE, ANCHORS, & GORDON, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, Florida 32547
Phone: (850) 863-1974
Fax: (850) 863-1591
Email:   tgoodwin@kaglawfirm.com

*Attorney for HCB Financial Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing:

## ANSWER AND AFFIRMATIVE DEFENSES

was served on the following parties by either electronic mail through the Courts CM/ECF system or by standard first class mail on the 29th day of January, 2016:

Parties who are currently on the list to receive email notice/service for this case:

- BRANDON T. CROSSLAND  bcrossland@bakerlaw.com
  jdorn@bakerlaw.com

- JULIE SINGER BRADY  jsingerbrady@bakerlaw.com
  mrios@bakerlaw.com
-   orlbakerdocket@bakerlaw.com

- KRISTA A. SIVICK  ksivick@bakerlaw.com
  jdorn@bakerlaw.com

Manual recipients: No manual recipients

/s/ Robert A. Goodwin, III
**Robert A. Goodwin, III**
Florida Bar No.: 0013512
KEEFE, ANCHORS, & GORDON, P.A.
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, Florida 32547
Phone: (850) 863-1974
Fax: (850) 863-1591
Email:   tgoodwin@kaglawfirm.com

*Attorney for HCB Financial Corp.*