IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SE PROPERTY HOLDINGS, LLC,
as successor by merger with Vision Bank,

                Plaintiff,

                                          CASE NO. 3:15-cv-00554-MCR-CJK

   vs.

RUPERT PHILLIPS, HCB FINANCIAL
CORP., and PHILLIPS CAPITAL
PARTNERS, INC.,

                Defendants.
_____/

**NOTICE OF SETTLEMENT AND JOINT MOTION FOR LIMITED STAY
OF ACTION AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, SE Property Holdings, LLC ("SE Property"), and Defendants, Rupert Phillips, HCB Financial Corp. and Phillips Capital Partners, Inc. (collectively, the "Parties"), by and through their undersigned counsel and pursuant to Local Rule 16.2, hereby notify the Court that the Parties have reached a settlement of the claims in this action and, for the grounds set forth herein, move the Court for a brief stay of proceedings.

1.     On November 11, 2016, following a mediation that was conducted in October, the Parties filed a Joint Unopposed Motion for Extension of Time to Conduct Rule 26 Conference Due to a Possible Settlement [D.E. 77] ("Joint Motion"). In the Joint Motion, the Parties notified the Court that they had been

working with the mediator to reach, structure and finalize a global settlement of all pending actions between them, including this action. The Parties requested a fourteen day extension of the deadlines to conduct the Rule 26 Conference and submit the Joint Scheduling Report so that the terms of the settlement could be finalized. The Court granted the Joint Motion on November 17, 2016 [D.E. 78].

2. The Parties have finalized the terms of a settlement and have fully executed a settlement agreement. Accordingly, the Parties hereby provide notice to the Court of their settlement of this action.

3. The settlement agreement between the Parties requires the payment of settlement funds in installments, and calls for the case to be administratively closed upon receipt of the first settlement payment (with this Court retaining jurisdiction to enforce the terms of the settlement), which is due to be paid on or before December 31, 2016. Thus, the Parties request that this Court and/or the Clerk not administratively close this case until SE Property's receipt of the first settlement payment.

4. The Parties jointly request and move the Court for a brief stay of all proceedings until the first installment payment is made and the case is administratively closed ("stay period"). The Parties request that they be relieved of all obligations arising during the stay period, including the Rule 26 Conference and submission of a Joint Scheduling Report.

5.	SE Property agrees to notify the Court within three (3) business days of its receipt of the first settlement payment to allow for the case to be administratively closed at that time.

6.	This request for a brief stay is brought in good faith, in the interest of justice, and not for the purpose of undue delay. The parties seek a stay to comport with the terms of the settlement agreement, to end the judicial labor in this matter and to obviate the need for the parties to submit the Rule 26 Report and for the Court to enter a corresponding order. All parties join in this Motion, and no party will be prejudiced by the brief stay requested.

**WHEREFORE,** SE Property Holdings, LLC, Rupert Phillips, HCB Financial Corp., and Phillips Capital Partners, Inc., notify the Court of the full resolution of this matter and respectfully request that this Court enter an Order granting a brief stay until the payment of the first settlement payment, and relieving the parties of all obligations arising during the stay period, including the Rule 26 Conference and submission of a Joint Scheduling Report.

**CERTIFICATE OF CONFERENCE**

In accordance with Local Rule 7.1(b), Plaintiff hereby certifies that Julie Singer Brady, counsel for Plaintiff, has conferred with counsel for all Defendants, who join this Motion.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(F)**

Pursuant to Local Rule 7.1, the undersigned counsel certifies that this memorandum contains 588 words as per the report of the word processing program utilized to prepare this memorandum.

Respectfully submitted this 9th day of December, 2016.

| | |
|---|---|
| */s/ Julie Singer Brady* | */s/ Natasha Z. Revell* |
| Julie Singer Brady | Natasha Z. Revell, Esq. |
| Florida Bar No. 0389315 | Florida Bar No. 83887 |
| E-mail: jsingerbrady@bakerlaw.com | Teresa M. Dorr |
| Brandon T. Crossland | Florida Bar No. 48037 |
| Florida Bar No. 0021542 | **Zalkin Revell PLLC** |
| E-mail: bcrossland@bakerlaw.com | 2441 U.S. Highway 98 W, Suite 109 |
| Krista A. Sivick | Santa Rosa Beach, FL 32459 |
| Florida Bar No. 0059518 | Email: tasha@zalkinrevell.com; |
| E-Mail: ksivick@bakerlaw.com | |
| **Baker & Hostetler LLP** | Kenneth Wayne Revell, Esq. |
| 200 S. Orange Avenue #2300 | **Zalkin Revell PLLC** |
| Post Office Box 112 | 2410 Westgate Drive, Suite 100 |
| Orlando, Florida 32802-0112 | Albany, GA 31707 |
| Telephone: 407-649-4000 | Email: krevell@zalkinrevell.com |
| Telecopier: 407-841-0168 | *Attorney for Defendant, Phillips Capital Partners Inc.* |
| *Attorneys for Plaintiff, SE Property Holdings, LLC* | |
| | |
| */s/ William L. Martin, III* | */s/ Brian G. Rich* |
| William L. Martin, III | Barry Richard |
| Florida Bar No. 153656 | Florida Bar No. 105599 |
| Robert Almon Goodwin, III | **Greenberg Traurig, P.A.** |
| Florida Bar No. 13512 | 101 East College Avenue |
| **Keefe Anchors & Gordon PA** | Tallahassee, FL 32301 |
| 2113 Lewis Turner Blvd., Suite 100 | (850) 222-6891 |
| Fort Walton Beach, FL 32547 | Email: richardb@gtlaw.com |
| Email: tgoodwin@kaglawfirm.com | |
| *Attorneys for Defendant, HCB Financial Corp.* | |

Anthony J. Carriuolo, Esq.
Florida Bar No. 434541
**Berger Singerman LLP**
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Email: acarriuolo@bergersingerman.com;

Brian G. Rich, Esq.
Florida Bar No. 38229
**Berger Singerman LLP**
125 S. Gadsden Street, Suite 300
Tallahassee, FL 32301
Email: brich@bergersingerman.com;
*Attorneys for Defendant, Rupert Phillips*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following listed counsel:

Barry Richard
**Greenberg Traurig, P.A.**
101 East College Avenue
Tallahassee, FL 32301
(850) 222-6891
Email: richardb@gtlaw.com

Anthony J. Carriuolo, Esq.
**Berger Singerman LLP**
350 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Email: acarriuolo@bergersingerman.com;

Brian G. Rich, Esq.
**Berger Singerman LLP**

William L. Martin, III
Robert Almon Goodwin, III
**Keefe Anchors & Gordon PA**
2113 Lewis Turner Blvd., Suite 100
Fort Walton Beach, FL 32547
Email: tgoodwin@kaglawfirm.com
*Attorneys for Defendant, HCB Financial Corp.*

Natasha Z. Revell, Esq.
Teresa M. Dorr
**Zalkin Revell PLLC**
2441 U.S. Highway 98 W, Suite 109
Santa Rosa Beach, FL 32459
Email: tasha@zalkinrevell.com;

5

125 S. Gadsden Street, Suite 300
Tallahassee, FL 32301
Email: brich@bergersingerman.com;

*Attorneys for Defendant, Rupert Phillips*

Kenneth Wayne Revell, Esq.
**Zalkin Revell PLLC**
2410 Westgate Drive, Suite 100
Albany, GA 31707
Email: krevell@zalkinrevell.com

*Attorney for Defendant, Phillips Capital Partners Inc*

    */s/ Julie Singer Brady*
    Julie Singer Brady